UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VALENTINO JONES | § | C.A. NO. 3:24-cv-00009 |
| | § | |
| VS. | § | |
| | § | |
| SHELL USA, INC. and | § | |
| OIL STATES INDUSTRIES, INC. | § | |

### PLAINTIFF'S NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Valentino Jones, and, hereby provide notices that all claims herein have been resolved, and this matter has been settled. Dismissal papers will be filed in due course.

Respectfully submitted,

*/s/ Marc E. Kutner*
Marc E. Kutner
SBN 11770575 / SDTX ID 6238
mkutner@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:  (713) 653-5600
Facsimile:   (713) 653-5656

**OF COUNSEL**:
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone: (713) 653-5600
Facsimile: (713) 653-5656

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all counsel of record via CM/ECF Notice of Electronic Filing, on this 24th day of March, 2025, in accordance with the Federal Rules of Civil Procedure.

/s/ *Marc E. Kutner*
Marc E. Kutner