United States District Court
Southern District of Texas
**ENTERED**
March 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VALENTINO JONES, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:24-cv-9 |
| SHELL USA, INC. and OIL STATES INDUSTRIES, INC., | § § § § | |
| Defendants. | | |

## **ORDER**

The parties have advised the court that they have reached a settlement. Dkt. 51. Accordingly, the court orders that all claims against the defendants in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Friday, May 30, 2025, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, May 30, 2025.

Signed on Galveston Island this 31st day of March, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE